Gregory G. **HALL**, Plaintiff-Appellant,

v.

**CITY OF CLARKSBURG**, a municipal Corporation and political subdivision; Martin G. Howe; James C. Hunt; Ralph Pederson; Margaret Bailey; Adam Barberio; H. Keith Kesling; Jonathan R. Davis, Defendants-Appellees.

No. 16-2251

United States Court of Appeals, Fourth Circuit.

Submitted: September 28, 2017

Decided: November 13, 2017

Steven Brett Offutt, LAW OFFICE OF BRETT OFFUTT, Harpers Ferry, West Virginia, for Appellant. Keith C. Gamble, Kenneth L. Hopper, PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC, Morgantown, West Virginia, for Appellees.

Before MOTZ, DUNCAN, and DIAZ, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory G. Hall appeals the district court's order dismissing his civil rights

complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hall v. City of Clarksburg*, No. 1:14-cv-00090-IMK-MJA, 2016 WL 5680218 (N.D.W. Va. Sept. 30, 2016). We grant the City of Clarksburg's motion to strike a portion of Hall's appendix and deny Hall's motion for leave to supplement the record.* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

* The stricken pages appear in the corrected appendix at 69-72.